### STATE OF CONNECTICUT *v.* MICHAEL M. MORIN (12631)

LAVERY, HEIMAN and FREEDMAN, Js.

Argued April 29—decision released May 24, 1994

*Frederick W. Odell,* for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *Patricia A. Swords,* state's attorney, and *Richard Colangelo,* for the appellee (state).

PER CURIAM. The judgment is affirmed.